# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No.: 1:15-cv-00332 LJO JLT |
| ) | |
| Plaintiff, ) | ORDER CONTINUING SCHEDULING |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| ARIEL DIAZ, individually and d/b/a ) | |
| ZARAGOZA MEXICAN GRILL, ) | |
| ) | |
| Defendants. ) | |

On March 3, 2015, Plaintiff filed the instant action. (Doc. 1) On the same day, the Court issued the summons (Doc. 2) and its order setting the mandatory scheduling conference to occur on June 16, 2015. (Doc. 3) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. **Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.**

(Doc. 3 at 1-2, emphasis added)  Nevertheless, Plaintiff has not filed a proof of service of the summons and complaint and no defendant has appeared in the action.

///

1

Therefore, the Court **ORDERS**,

1. The scheduling conference, currently set on June 16, 2015, is continued to July 27, 2015 at 9:00 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA.

**Plaintiff is reminded of the service obligations under Fed. R. Civ. P. 4.[1]  Failure to comply may result in the imposition of sanctions, including the dismissal of unserved defendants.**

IT IS SO ORDERED.

Dated:   **June 5, 2015**                                        /s/ Jennifer L. Thurston
                                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Fed. R. Civ. P. 4(m) requires the Court sua sponte to dismiss defendants who have not been served within 120 days of the filing of the complaint unless good cause is shown.