# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>ARIEL DIAZ, et al., <br><br>    Defendant. | Case No.: 1:15-cv-00332 LJO JLT <br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <br><br>(Doc. 5) |

On June 29, 2015 Plaintiff Western World Insurance Company filed a Notice of Voluntary Dismissal (Doc. 5) pursuant to Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required to effectuate the dismissal.  Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).   Because the defendants had not yet filed responsive pleadings, Plaintiff is able to file a notice of dismissal, which "automatically terminate[d] the action." *Wilson*, 111 F.3d at 692.

///

///

///

1

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:    **June 30, 2015**                                /s/ Jennifer L. Thurston
                                                                                              UNITED STATES MAGISTRATE JUDGE